IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 2:06cr226-VPM |
| ) | |
| v. ) | (18 U.S.C. § 13 and Code of |
| ) | Alabama, Sec. 32-5A-191(a)(1)) |
| ELIJAH C. AARON ) | |
| ) | **INFORMATION** |
| ) | |
| ) | |

RECEIVED

The United States Attorney charges:

## COUNT

On or about the 25TH day of July, 2006, at Maxwell Air Force Base, in the Middle District of Alabama, **ELIJAH C. AARON** did unlawfully drive or was in actual physical control of a vehicle while there was .08% or more by weight of alcohol in his blood, in violation of Section 32-5A-191(a)(1), Code of Alabama, and Title 18, Section 13, United States Code.

LEURA CANARY
United States Attorney

_____
KENT BRUNSON
Assistant United States Attorney

_____
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL  36112-6334
(334) 953-2786/2789

STATE OF ALABAMA            )
                            )                **AFFIDAVIT**
COUNTY OF MONTGOMERY )

The undersigned, being first duly sworn, deposes and says:

I am a security police officer at Maxwell Air Force Base, Gunter Annex, Alabama, and am familiar with the following incident.

On 25 July 2006, I was on duty at Maxwell Air Force Base, Gunter Annex. At approximately 1840, I responded to an anonymous call that an individual who appeared to be drunk was operating a green Pontiac Bonneville at the Shoppette. Upon arrival I made contact with Elijah C. Aaron who was sitting in the drivers seat of a green Pontiac Bonneville with the engine running. I noticed that he had bloodshot eyes, slurred speech, and a heavy odor of alcohol emitting from his person. I transported him to Bldg 943 where TSgt Desmond Smith conducted a Draeger test which showed a 0.09% BAC. I conducted a search of his vehicle incident to his arrest and found one open Seagrams Extra Dry Gin bottle.

_____
Ricky Howard, SSgt, USAF

Subscribed and sworn to before me this  06  day of September, 2006.

_____
Notary Public

AUDREY FAYE GRIFFIN
Notary Public
STATE OF ALABAMA

My Commission Expires _____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS