IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 2:06-cr-226-VPM |
| ) | |
| ELIJAH C. AARON ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Anne E. Borelli, and enters her appearance on behalf of Defendant, **Elijah C. Aaron,** in the above-styled case.

Dated this 13th day of October 2006.

Respectfully submitted,

s/ Anne E. Borelli
ANNE E. BORELLI
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:anne_borelli_@fd.org
AL Bar Code: BOR -016

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:06-cr-226-VPM |
| | ) | |
| **ELIJAH C. AARON** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104 and Neal B. Frazier, Special Assistant United States Attorney, 42 ABW/JA, 50 LeMay Plaza South, Maxwell AFB, AL 36112-6334.

Respectfully submitted,

s/ Anne E. Borelli
ANNE E. BORELLI
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:anne_borelli @fd.org
AL Bar Code: BOR 016