# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: **NOVEMBER 7, 2006**

FTR RECORDED: _10:11 - 10:16_

- √ **INITIAL APPEARANCE**
- ❑ BOND HEARING
- ❑ DETENTION HEARING
- ❑ REMOVAL HEARING (R.40)
- √ **ARRAIGNMENT**
- ❑ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: *CHARLES S. COODY*      DEPUTY CLERK: *WANDA STINSON*

CASE NO. *2:06CR226-VPM*      DEFENDANT NAME: *ELIJAH C. AARON*

AUSA: *KENT BRUNSON/ NEAL B. FRAZIER*      DEFT. ATTY: ~~ELISABETH BORELLI~~ Samuel Walker

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO

USPO: _____

Defendant ____ does √ does NOT need an interpreter. Interpreter Name: _____

---

| | |
|---|---|
| ❑ kars. | Date of Arrest _____ or ❑ karsr40 |
| √ kia. | Deft. First Appearance. Advised of rights/charges. ❑Pro/Sup Rel Violator |
| √ kcnsl. | Deft. First Appearance with Counsel |
| ❑ | Deft. First Appearance without Counsel |
| ❑ | Requests to appoint Counsel. ❑ ORAL MOTION |
| ❑ kfinaff. | Financial Affidavit executed ❑ to be obtained by PTSO |
| ❑ koappted | ORAL ORDER appointing Community Defender Organization |
| √ | CONSENT to Proceed before Magistrate Judge executed. |
| ❑ kbnd. | ❑ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR) |
| | ❑ BOND EXECUTED _____ (R.40 charges) - deft to report to originating district as ordered. |
| √ karr. | ARRAIGNMENT ❑SET FOR: _____ √ HELD. Plea of NOT GUILTY entered. |
| | √ Set for 1\8\07 Trial Term, PRETRIAL CONFERENCE DATE: _____ |
| | DISCOVERY DISCLOSURES DATE: 11\7\06 |
| ❑ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel |