IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 2:06cr226-CSC |
| ) | |
| ELIJAH C. AARON ) | |

**ORDER**

For good cause, it is

ORDERED that this matter be and is hereby SET for a pretrial conference on December 15, 2006, at 1:00 p.m. in **Courtroom 4B**, United States Courthouse, One Church Street, Montgomery, Alabama.

Done this 4th day of December, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE