COURTROOM DEPUTY MINUTES          DATE:   DECEMBER 15, 2006

MIDDLE DISTRICT OF ALABAMA         DIGITAL RECORDED:

## PRETRIAL CONFERENCE

PRESIDING MAG. JUDGE: CHARLES S. COODY     DEPUTY CLERK: WANDA STINSON

CASE NUMBER: 2:06CR226-CSC          DEFENDANT NAME: ELIJAH C. AARON

### APPEARANCES

GOVERNMENT                              DEFENDANT COUNSEL
ATTY. ~~NEAL FRAZIER~~ /s/ Laura Hansen   ATTY. ANNE BORELLI

✓ DISCOVERY STATUS: Complete.

✓ PENDING MOTION STATUS: None.

☐ PLEA STATUS:

☑ TRIAL STATUS: Case will go to trial; 1 day to try case

☑ REMARKS: Jury will be selected on 1/8/07. Trial will begin the next week.