IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No.: 2:06cr226-CSC |
| | ) | |
| **ELIJAH C. AARON** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, **ELIJAH C. AARON,** in the above-styled case.

Dated this 20th day of December 2006.

                Respectfully submitted,

                s/ Kevin L. Butler
                KEVIN L. BUTLER
                First Assistant Federal Defender
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail: kevin_butler@fd.org
                AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No.: 2:06cr226-CSC |
| ) | |
| **ELIJAH C. AARON** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104 and Neal B. Frazier, Special Assistant United States Attorney, 42 ABW/JA, 50 LeMay Plaza South, Maxwell AFB, AL 36112-6334.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138