IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR226-CSC |
| | ) | |
| ELIJAH C. AARON | ) | |

**ORDER**

Upon consideration of the motion to compel discovery (doc. # 16) filed by the defendant, it is

ORDERED that on or before **12:00 noon on December 27, 2006**, the United States shall show cause why the motion to compel should not be granted.

Done this 20th day of December, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE