IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-226-VPM |
| | ) | |
| ELIJAH C. AARON | ) | |

## NOTICE OF APPERANCE

**COMES NOW** the undersigned counsel, Reese H. Hays III, and enters his appearance on behalf of the Plaintiff, United States of America, in the above styled case.

Dated this 28th day of December 2006.

                                          Respectfully submitted,

                                        s/Reese H. Hays III
                                        REESE H. HAYS III
                                        Special Assistant United States Attorney

                                        42 ABW/JA
                                        50 LeMay Plaza South
                                        Maxwell AFB AL  36112-6334
                                        (334) 953-2786/2789