IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-226-CSC |
| | ) | |
| ELIJAH C. AARON | ) | |

**NOTICE OF APPERANCE**

**COMES NOW** the undersigned counsel, Reese H. Hays III, and enters his appearance on behalf of the Plaintiff, United States of America, in the above styled case.

Dated this 28th day of December 2006.

Respectfully submitted,

**s/Reese H. Hays III**
REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL  36112-6334
(334) 953-2786/2789


CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to filing to Anne E. Borelli, Federal Defender, Middle District of Alabama, 201 Monroe Street, Suite 407, Montgomery, AL 36104.

**s/Reese H. Hays III**
REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787