IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR226-CSC |
| | ) | |
| ELIJAH C. AARON | ) | |

**O R D E R**

Upon consideration of the motion to compel, or in the alternative, motion to dismiss (doc. # 16) filed by the defendant, it is

ORDERED that oral argument be and is hereby set on January 25, 2007, at 2:00 p.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

Done this 16th day of January, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE