IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   CASE NO.:   2:06CR226-CSC |
| | ) |
| ELIJAH C. AARON | ) |

**ORDER**

For good cause, it is

**ORDERED** that oral argument on the Defendant's Motion to Compel, or in the alternative, Motion to Dismiss (doc. #16) previously scheduled for January 25, 2007, be and is hereby **RESET** for **January 23, 2007 at 10:00 a.m.**, in courtroom 4B, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 19th day of January, 2007.


　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE