IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:06-cr-226-CSC |
| | ) | |
| **ELIJAH C. AARON** | ) | |

**MOTION TO WITHDRAW DEFENDANT'S MOTION TO COMPEL**

**COMES NOW** the Defendant, **Elijah C. Aaron**, by and through undersigned counsel, and respectfully moves this honorable Court for an Order allowing the Defendant to withdraw his previously filed Motion to Compel. In support of said Motion, the Defendant makes the following assertions:

1. On December 20, 2006, Defense Counsel filed a Motion to Compel (Document 16). In the motion the defense outlined a series of difficulties obtaining requested discovery materials from the Government.

2. Through further discussions and negotiations, the Government has substantially complied with or attempted to comply with the defense requests. Where the Government could not provide the requested information or materials, they have given the defense information concerning the means of obtaining the requested information independently.

3. Based on the foregoing, the defense respectfully requests to withdraw the Motion to Compel.

**WHEREFORE**, the Defendant prays that his Motion be granted.

Dated this 22nd day of January 2007.

Respectfully submitted,

s/ Anne E. Borelli
ANNE E. BORELLI
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:anne_borelli @fd.org
AL Bar Code: BOR -016

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06-cr-226-CSC |
| | ) | |
| ELIJAH C. AARON | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104, and Captain Neal B. Frazier, Lieutenant Reese Hays, and Captain Hansen, Special Assistant United States Attorneys, 42 ABW/JA, 50LeMay Plaza South, Maxwell AFB, AL 36112-6334.

Respectfully submitted,

s/ Anne E. Borelli
ANNE E. BORELLI
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:anne_borelli @fd.org
AL Bar Code: BOR 016