IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR226-CSC |
| | ) | |
| ELIJAH C. AARON | ) | |

**O R D E R**

Now pending before the court is the defendant's motion to withdraw his motion to compel (doc. # 28). Upon consideration of the motion to withdraw, and for good cause, it is

ORDERED that the motion to withdraw (doc. # 28) be and is hereby GRANTED and oral argument presently set for January 23, 2007, at 1000 a.m. be and is hereby CANCELED.

Done this 22nd day of January, 2007.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE