COURTROOM DEPUTY MINUTES           DATE : FEBRUARY 20, 2007

MIDDLE DISTRICT OF ALABAMA         DIGITAL RECORDED: 1:20 – 1:22

## PRETRIAL CONFERENCE

PRESIDING MAG. JUDGE: SUSAN R. WALKER      DEPUTY CLERK: WANDA STINSON

CASE NUMBER: 2:06CR-226-CSC               DEFENDANT NAME: ELIJA C. AARON

### APPEARANCES

GOVERNMENT                                 DEFENDANT COUNSEL
ATTY. NEAL FRAZIER                         ATTY. ANNE BORELLI/KEVIN BUTLER

✓ **DISCOVERY STATUS:** Complete.

✓ **PENDING MOTION STATUS:** None.

☐ **PLEA STATUS:**

☑ **TRIAL STATUS:** Case will go to trial; trial will be 1 day.

☐ **REMARKS:**