IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06-cr-226-CSC |
| | ) | |
| ELIJAH C. AARON | ) | |

## ORDER

Upon consideration of the defendant's motion to dismiss indictment for *Brady* and discovery violations (doc. # 33), it is

ORDERED as follows:

1. The United States shall file a response to the motion on or before March 7, 2007.

2. The motion be and is hereby set for argument and or hearing as necessary on March 8, 2007, at 1:30 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 2nd day of March, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE