IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-226-CSC |
| | ) | |
| ELIJAH C. AARON | ) | |

## MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information without prejudice heretofore filed in the above styled cause on the grounds, to wit:  In the best interest of justice - - witness unavailable.

Respectfully submitted this the 5th day of March, 2007.

                                          Respectfully submitted,

                                          LEURA GARRETT CANARY
                                          UNITED STATES ATTORNEY

                                          **s/Neal B. Frazier**
                                          NEAL B. FRAZIER
                                          Special Assistant United States Attorney
                                          42 ABW/JA
                                          50 LeMay Plaza South
                                          Maxwell AFB, AL  36112-6334
                                          Telephone:  334-953-2786/2789
                                          Fax:  334-953-2787

CERTIFICATE OF SERVICE

      I hereby certify that on this the 5th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                          **s/Neal B. Frazier**
                                          NEAL B. FRAZIER
                                          Special Assistant United States Attorney
                                          42 ABW/JA
                                          50 LeMay Plaza South
                                          Maxwell AFB, AL  36112-6334
                                          Telephone:  334-953-2786/2789
                                          Fax:  334-953-2787

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-226-CSC |
| | ) | |
| ELIJAH C. AARON | ) | |

## **ORDER**

Upon consideration of the Motion for Leave to Dismiss Information as to ELIJAH C. AARON heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

Done this ____ day of March, 2007.

_____
CHARLES S. COODY.
CHIEF UNITED STATES MAGISTRATE JUDGE